Nos. 874, 879, and 885. DELAWARE, LACKAWANNA & WESTERN RAILROAD CO. *v.* SAME;

Nos. 875, 880, and 886. ERIE RAILROAD CO. *v.* SAME;

Nos. 876, 882, and 888. NEW JERSEY & NEW YORK RAILROAD CO. *v.* SAME;

Nos. 877, 883, and 889. NEW YORK CENTRAL RAILROAD CO. *v.* SAME; and

Nos. 878, 884, and 890. NEW YORK & LONG BRANCH RAILROAD CO. *v.* SAME. April 28, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Maximilian M. Stallman, Maurice Bower Saul, Richard W. Barrett, Jacob Aronson, Herbert A. Taylor,* and *Douglas Swift* for petitioners. *Messrs. David T. Wilentz,* Attorney General of New Jersey, and *Duane E. Minard* for respondents. Reported below: 115 F. 2d 968.

No. 898. INDEPENDENT WAREHOUSES, INC. *v.* DIMINO ET AL. April 28, 1941. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. John Ross Lauer* for petitioner. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, *Henry Epstein,* Solicitor General, *Joseph A. McLaughlin,* and *Roy Wiedersum,* Assistant Attorneys General, for the Industrial Board of the State of New York; and *Mr. William L. F. Gardiner* for Regina C. Dimino, respondents.

No. 905. NORTHWESTERN BREWERS SUPPLY CO. ET AL. *v.* SCHMIT, TRUSTEE. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. David Charness* for petitioners. *Mr. Herbert J. Rushton* for respondent.